IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AI-BLOCKCHAIN, INC. and AI COIN INC., <br><br> Plaintiffs, <br><br> -against- <br><br> VOICE (US) LLC, and BLOCK.ONE LLC, <br><br> Defendants. | Civil Action No.: <br> 23-CV-5299 (VEC) |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO *FED. R. CIV. P.* 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Ai-Blockchain, Inc. and Ai Coin Inc. hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice.

Respectfully submitted,

2

Dated this 5th day of September, 2023   /s/ John R. Lane

John R. Lane
Garson Segal Steinmetz Fladgate LLP
164 West 25th Street, Suite 11R
New York, New York 10001
Tel: (212) 380-3623
jrl@gs2law.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of September, 2023, a true and correct copy of Plaintiffs' Notice of Voluntary Dismissal Pursuant to *Fed. R. Civ. P41(a)(1)(A)(i)* was filed through the Court's CM/ECF filing system, which will transmit a Notice of Electronic Filing to all counsel of record.

                                              */s/ John R. Lane*
                                              John R. Lane